AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:21mj62 |
| Gary Matthew Sorichetti | ) | |
| *Defendant(s)* | ) | |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 28, 2020** in the county of **Mecklenburg** in the **Western** District of **North Carolina**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 2244(b) | Abusive Sexual Contact - Whoever, in the special maritime and territorial jurisdiction of the United States or in a Federal prison, or in any prison, institution, or facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the head of any Federal department or agency, knowingly engages in or causes sexual contact with or by another person. |

This criminal complaint is based on these facts:
See attached Affidavit of FBI Special Agent Kristen L. Sheldon, which is incorporated by reference herein.

☒ Continued on the attached sheet.

/s Kristen Sheldon
*Complainant's signature*

Kristen L. Sheldon, Special Agent, FBI
*Printed name and title*

Sworn in accordance with Rule 4.1.

Signed: March 4, 2021

David C. Keesler
United States Magistrate Judge

Date: 03/04/2021

City and state: Charlotte, NC

David Keesler, U.S. Magistrate Judge
*Printed name and title*