```
FILED
CHARLOTTE, NC

DEC - 5 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> GARY MATTHEW SORICHETTI ) <br> ) | DOCKET NO. 3:23-cr-263-KDB <br><br> **BILL OF INFORMATION** <br><br> Violation: <br> 18 U.S.C. § 2244(b) <br> 49 U.S.C. § 46506(1) |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
(Abusive Sexual Contact)

On or about February 28, 2020, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**GARY MATTHEW SORICHETTI**

being an individual on an aircraft in the special aircraft jurisdiction of the United States, namely on board American Airlines Flight 5062 travelling from Sarasota, Florida, landing at Charlotte, North Carolina, did knowingly and intentionally engage in sexual contact with an adult female ("Victim"), that is, the touching of the groin of Victim, without Victim's permission and with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

All in violation of Title 18, United States Code, Section 2244(b) and Title 49, United States Code, Section 46506(1).

DENA J. KING
UNITED STATES ATTORNEY

_/s/ Nick J. Miller_
NICK J. MILLER
ASSISTANT UNITED STATES ATTORNEY

1